UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS ALBERTO GANAN RAMIREZ,

        Movant,

-against-

UNITED STATES OF AMERICA,

        Respondent.

20-CV-4009 (WHP)

16-CR-0782 (WHP)

ORDER DIRECTING ORIGINAL SIGNATURE

WILLIAM H. PAULEY III, United States District Judge:

    Movant brings this action *pro se*. Movant submitted the motion without a signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

    Movant is directed to resubmit the signature page of the motion with an original signature to the Court within thirty days of the date of this order. A copy of the signature page is attached to this order.

    A copy of this order is to be mailed in chambers.

SO ORDERED.

Dated:   June 11, 2020
          New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

importantly to himself, that a person can change and correct his mistakes.

Due to the current humanitarian crisis we are facing, Mr. Ganan is worried that his health, age, accomplish the difficult task to be 6 feet apart from other inmates or employees inside prison, and the lack of precautions taken by the prison administration for sanitary purpose, puts Mr. Ganan on a high risk situation. There has been several COVID-19 diagnoses reported at Folkston's federal correctional facilities, location where Mr. Ganan is, and it's just matter of time that the virus spreads in his unit. COVID-19 is spreading quickly and the feeling of anguish that he might catch the virus is worst every day. As you remember, Mr. Ganan is a family man, his family loves him deeply, reason why they are very worry about his health and the possibility that when the virus enters his unit, his father/husband's life would be compromised. **(EXHIBIT 3)**

Petitioner humbly and respectfully prays this Honorable Court to consider all his claims and **GRANT** this motion,

Respectfully submitted,

-23-

*[signature]*
Carlos Alberto Ganan
76162-054
D. Ray James C.F.
P.O. Box 2000
Folkston, GA 31537

## CERTIFICATE OF SERVICE

I, Carlos Alberto Ganan Ramirez, hereby certifies that this is a true and correct copy of the following:

Memorandum in Law in support of a 28 U.S.C. §2255

Motion to vacate, set aside or correct a sentence of a person in federal prison.

To: Clerk of the Court
United States Courthouse
500 Pearl Street, Room 120
New York, NY 10007-1312

And deposited at the United States Mail Service at D. Ray James C.F. at Folkston, Georgia.

Dated this 7 day of May, 2020.