UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS ALBERTO GANAN RAMIREZ,

                         Movant,

        -v-                                         20 Civ. 4009 (PAE)

UNITED STATES OF AMERICA,               16 Crim. 782

                     Respondent.                    ORDER

PAUL A. ENGELMAYER, District Judge:

On May 22, 2020, movant Carlos Ramirez filed this *pro se* action, but his pleadings were submitted without the required signature. Dkt. 1. Previously this case had been assigned to Judge Pauley, who ordered Ramirez to resubmit the signature page, so as this time to comply with Federal Rule of Civil Procedure 11(a). Dkt. 5; *see* Fed. R. Civ. P. 11 (a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name - or by a party personally if the party is unrepresented."); *Becker v. Montgomery*, 532 U.S 757, 764 (2001) (interpreting Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)"); *see also* Local Civil Rule 11.1(a). No such submission, however, was filed.

On July 28, 2021, this Court was reassigned to this case. The Court now directs Ramirez to resubmit the signature page of the motion with an original signature within 30 days of the date of this order. The Clerk of Court is respectfully directed to mail a copy of this order to the address on file for Ramirez.

SO ORDERED.

                                                              PAUL A. ENGELMAYER  
                                                              United States District Judge

Dated: July 29, 2021  
        New York, New York